**DISMISS and Opinion Filed December 3, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00796-CV

## PARTNERS PERSONNEL MANAGEMENT SERVICES, LLC, XIMENA VARELA, DENISE SOTO, ESMERALDA CABRERA MENDOZA, DENISE GUTIERREZ, AND TAMMY MUNOZ, Appellants
## V.
## STAFF FORCE, INC., Appellee

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-08857

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellants' motion to dismiss the appeal because the parties have resolved their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210796F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PARTNERS PERSONNEL
MANAGEMENT SERVICES, LLC,
XIMENA VARELA, DENISE
SOTO, ESMERALDA CABRERA
MENDOZA, DENISE GUTIERREZ,
AND TAMMY MUNOZ, Appellants

No. 05-21-00796-CV          V.

STAFF FORCE, INC., Appellee

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-08857.
Opinion delivered by Chief Justice
Burns. Justices Goldstein and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered December 3, 2021

–2–